UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TEXAS REGIONAL LANDFILL COMPANY, LP, WASTE CONNECTIONS BAYOU, INC., and WASTE CONNECTIONS OF LOUISIANA, INC.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SHREVEPORT,<br><br>Defendant | Civil Action No. 5:26-cv-329<br><br>Judge S. Maurice Hicks, Jr.<br><br>Magistrate Judge Mark Hornsby |

### PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Texas Regional Landfill Company, LP ("Texas Regional Landfill"), Waste Connections Bayou, Inc. ("Waste Connections Bayou"), and Waste Connections of Louisiana, Inc. ("Waste Connections of Louisiana") (collectively "Plaintiffs"), through undersigned counsel, respectfully submit the following corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1 and the Court's notice at Rec. Doc. [4]:

### INTRODUCTION

1. Plaintiff Texas Regional Landfill Company, LP is not a publicly owned company, has no stock, is not a corporation, and does not own 10% or more shares of any publicly owned company. It is a limited partnership.

2. Plaintiff Waste Connections Bayou, Inc. is not a publicly owned company. Waste Connections U.S. Holdings, Inc. is the sole shareholder of Waste Connections Bayou, Inc. No

publicly held corporation directly owns any of the stock of Waste Connections Bayou, Inc. Waste Connections Bayou, Inc. is not a parent company of any publicly owned company and does not own 10% or more of any publicly owned company's outstanding shares.

3. Plaintiff Waste Connections of Louisiana, Inc. is not a publicly owned company. Waste Connections US, Inc. is the sole shareholder of Waste Connections of Louisiana, Inc. No publicly held corporation directly owns any of the stock of Waste Connections of Louisiana, Inc. Waste Connections of Louisiana, Inc. is not a parent company of any publicly owned company and does not own 10% or more of any publicly owned company's outstanding shares.

**[Signature on following page]**

Respectfully submitted,

*[signature]*

Christopher R. Handy (#38768)
Claire H. Carter (#41692)
BRADLEY MURCHISON KELLY & SHEA LLC
1100 Poydras Street, Suite 2700
New Orleans, LA 70163
Telephone: 504-596-6300
chandy@bradleyfirm.com
ccarter@bradleyfirm.com


Leland G. Horton (#26928)
BRADLEY MURCHISON KELLY & SHEA LLC
401 Edwards Street, Suite 1000
Shreveport, LA 71101
Telephone: (318) 227-1131
lhorton@bradleyfirm.com


James Slaughter (*pro hac vice* to be submitted)
Michael Murphy (*pro hac vice* to be submitted)
BEVERIDGE & DIAMOND, P.C.
1900 N Street, NW, Suite 100
Washington, DC 20036
Telephone: (202) 789-6040
jslaughter@bdlaw.com
mmurphy@bdlaw.com

*Attorneys for Waste Connections Bayou, Inc., Waste Connections Louisiana, Inc., and Texas Regional Landfill Company, LP*