**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

TEXAS REGIONAL LANDFILL
COMPANY, LP, ET AL.

CIVIL ACTION NO. 26-0329

VERSUS

JUDGE S. MAURICE HICKS, JR.

CITY OF SHREVEPORT

MAGISTRATE JUDGE HORNSBY

**ORDER**

Based on the reasons explained in the accompanying Memorandum Ruling, the

Motion to Dismiss pursuant to Rule 12(b)(6) filed by Defendant City of Shreveport (Record

Document 12) is **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 16th day of April, 2026.

_____
JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT