Bradley Murchison
Shreveport | New Orleans | Baton Rouge

**Christopher R. Handy**
Member · New Orleans
(504) 596-6300
chandy@bradleyfirm.com

**bradleyfirm.com**

September 2, 2026

**Via Email**
Kenneth Antee, Jr.
9335 Ellerbe Road
Shreveport, LA 71106
ken@anteelaw.com

RE: *Texas Regional Landfill et al. v. City of Shreveport*
USDC, Western District of Louisiana, 5:26-cv-00329

Dear Ken:

Thank you for your answers and responses to Plaintiffs' first set of requests for production and interrogatories. I would like to schedule a Fed. R. Civ. P. 37(a) conference to discuss deficiencies, supplementation, and ESI requests as generally outlined below.

1. *Requests for Production 1, 4, 5, 7, 8, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 26, 30, 32, 33, 34, 35, 38, 39, 40*

These requests all encompass documents and communications concerning the Republic Woolworth Landfill, including communications among various City officials and employees as well as third parties such as Republic/BFI and River Cities/Scott Pernici. The City objected to these requests based, among other things, on privilege and the absence of an ESI protocol.

On August 6, 2026, the Court entered an ESI protocol which was agreed to by the parties. In an effort to narrow the requests and in accordance with Section VI(B) of the ESI Protocol, please find Plaintiffs' requested search terms attached hereto. In accordance with Section VI(A) of the ESI Protocol, Plaintiffs' identify the following custodians as likely to possess responsive ESI for the ESI search:

1. Tom Arceneaux
2. Adrian Perkins
3. Michelle Prelow
4. Chris Wilder
5. Fred Williams
6. Gary Norman

7. Tom Dark
8. Grayson Boucher
9. James Flurry
10. Marcus Edwards
11. Ronald Lattier
12. Zelda Tucker
13. Jarvis Morgan
14. Monique Bruns
15. Lynette Filiano

As contemplated by the ESI Protocol, Plaintiffs request ESI searches of e-mails, text messages, and any applicable online chat platforms used by the custodians.

If the requested ESI search yields communications over which the City claims a privilege, Plaintiffs' request that the City fulfill its duty to provide a privilege log under Federal Rule of Civil Procedure 26(b)(5)(A) and related jurisprudence. *See Benson v. Rosenthal*, CV 15-782, 2016 WL 1046126, at *9 (E.D. La. Mar. 16, 2016). As indicated in the City's present responses to the above requests which claim privilege, please provide a privilege log of documents and communications already withheld on the basis of privilege and for any other otherwise responsive documents and communications withheld on that basis following the ESI search. Please identify the dates of any document or communication, the author or speaker, any recipients of documents or communication, a description of the communication's subject matter, the purpose for its production, and a specific explanation of why the document or communication is privileged.[1]

2. *Requests for Production 2, 3, 9, 21, 22, 24, 31*

These requests encompass documents on the legislative history of the Flow Control Law, public meetings and executive sessions related to the Flow Control Law, enforcement of the Flow Control Law, agreements the City has with any third parties related to the Republic Woolworth Landfill, revenue and tonnage information from the Republic Woolworth Landfill, budgets and financial reports for the Republic Woolworth Landfill, and employee rosters for the Republic Woolworth Landfill.

Many of these requests included a general response that information may be publicly available online. Public availability of information does not preclude a duty to produce responsive documents in possession of a party in litigation. *Whale Capital, L.P. v. Ridgeway*, CV 22-2570, 2023 WL 7220560, at *7 (E.D. La. Nov. 2, 2023). Furthermore, the City of Shreveport is subject to the Louisiana Public Records Law at La. R.S. 44:1 *et seq.* and is required to produce copies or reproduction of any public record upon request and certify any absence in accordance with La. R.S. 44:34.

Request for production 31 calls for a City employee roster for the Republic Woolworth Landfill. Plaintiffs note that employees were disclosed in the City's response to Interrogatory No. 10 with a reservation of a future disclosure of "scale house" employees. If there is anything additional to produce or disclose on this subject, please do so by September 11, 2026.

[1] *See Cashman Equip. Corp. v. Rozel Operating Co.*, CIV.A. 08-363-C-M2, 2009 WL 2487984, at *2 (M.D. La. Aug. 11, 2009) ("[a] privilege log ... should not only identify the date, the author, and all recipients of each document listed therein, but should also describe the document's subject matter, the purpose for its production, and a specific explanation of why the document is privileged or immune from discovery.") (internal citation omitted); *See also Benson v. Rosenthal*, CV 15-782, 2016 WL 1046126, at *9 (E.D. La. Mar. 16, 2016).

Request for production 22 asks for documentation on the City's revenue from the Republic Woolworth Landfill. Interrogatory No. 14 requests the same. The City has indicated that it has records from 2021 to present to produce. Please produce those records by September 11, 2026. For records predating 2021 to the requested time period of 2016, I would like to discuss the state of those records in our conference.

Should you have any questions, please feel free to contact me.

Yours truly,

Christopher R. Handy

cc: Nichole M. Buckle – *via email*
James Slaughter – *via email*
Michael Murphy – *via email*

**Search Terms to Be Run by the Defendant**

- "Ordinance 180" OR "Ordinance No. 180" OR "74-52.1"
- "flow control" OR "Flow Control Law"
- ("out-of-state" OR "out of state" OR "outside Louisiana") W/10 (waste OR dispos* OR haul* OR exempt*)
- (remov* OR repeal* OR eliminat* OR narrow* OR amend* OR modif*) W/10 (exempt* OR "out-of-state" OR "out of state" OR "74-52.1" OR "Ordinance 180" OR "flow control")
- (revenue* OR maximiz* OR financial*) W/15 ("Ordinance 180" OR "74-52.1" OR "flow control" OR "out-of-state exemption")
- "maximize revenues"
- "lost revenue" OR "revenue loss"
- "Solid Waste Enterprise Fund" OR "Sanitation Enterprise Fund"
- ("waste volume" OR "waste ton*") W/15 ("Ordinance 180" OR "flow control" OR Woolworth OR Republic)
- ("tip fee*" OR "tipping fee*" OR "disposal fee*" OR rate OR adjustment* OR CPI) W/20 (Woolworth OR Republic OR BFI OR Pernici OR "River Cities" OR "David Greene" OR "Denny Wheeler" OR "Roy Walters" OR Bloxham)
- (Republic OR BFI OR "Allied Waste") W/15 ("Ordinance 180" OR "74-52.1" OR "flow control" OR "out-of-state exemption")
- "River Cities" W/15 ("Ordinance 180" OR "flow control" OR Woolworth OR Republic OR BFI OR "Allied Waste" OR "out-of-state exemption")
- "Waste Connections" W/15 ("Ordinance 180" OR "flow control" OR "out-of-state" OR "Flow Control Law" OR Woolworth)
- "Texas Regional Landfill"
- "Woolworth Republic Landfill"
- "Live Oak Environmental"
- "632,922-C"
- "657,411-A"
- "665,315-B"
- "United Haulers"
- "Oneida-Herkimer"
- Carbone
- "Commerce Clause"
- "Dormant Commerce Clause"
- "interstate commerce"
- ("public facility" OR "public landfill" OR "publicly owned") W/15 (Woolworth OR "flow control" OR Republic OR BFI)
- (enforce* OR threaten* OR violat* OR citation* OR penalt* OR prohibit* OR restrict*) W/15 ("flow control" OR "74-52.1" OR "Ordinance 180" OR "Waste Connections" OR "Texas Regional Landfill")
- ("exclusive right" OR "exclusive responsibility") W/10 (Woolworth OR WWLF OR Republic OR BFI)
- (operat* OR manag* OR control* OR supervis*) W/10 (Woolworth OR WWLF)
- (staff* OR employee* OR personnel) W/10 (Woolworth OR WWLF OR "scale house")
- "scale house" W/15 (Woolworth OR WWLF OR Republic OR BFI)
- "vehicle count*" W/15 (Woolworth OR WWLF OR "scale house")

- (“gross revenue” OR revenue shar* OR payment* OR compensation) W/15 (Woolworth OR Republic OR BFI OR Pernici OR “River Cities”)
- (discount* OR rebate* OR “special rate” OR “contract rate”) W/15 (Woolworth OR Republic OR BFI OR Pernici OR “River Cities”)
- “Sanitary Landfill Services and Recycling Agreement” OR “services agreement”
- (“market share” OR competit* OR monopol*) W/15 (Republic OR Woolworth OR “flow control”)
- (capacity OR queue* OR delay* OR congest*) W/10 (Woolworth OR WWLF OR “scale house”)
- (NOV OR “notice of violation” OR inspection*) W/20 (Woolworth OR WWLF)
- (Pernici AND landfill)
- (Pernici AND Woolworth)
- (Antee OR Arceneaux OR “Tom Dark” OR “Marcus Edwards” OR “Zelda Tucker” OR “Ronald Lattier” OR “Adrian Perkins” OR “Grayson Boucher” OR “James Flurry” OR Pernici OR Bloxham) W/15 (“Ordinance 180” OR “74-52.1” OR “flow control” OR “out-of-state” OR exempt*)
- “Gary Norman” OR “Chris Wilder” OR Bloxham OR “Jarvis Morgan” OR “Michelle Prelow” W/15 (“flow control” OR “waste hauler*” OR “Waste Connections” OR Woolworth)
- Fire OR complain* OR incident W/15 (Woolworth OR Landfill OR Brancamp OR “Kevin Frey” OR “Luis Sanchez” OR Michael Howell)